# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Patrick Cross

_____
        **Plaintiff(s),**

v.

US Compliance Services, LLC

_____
        **Defendant(s).**

Civil Case No. 1:17-cv-00609-CL

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney **Kevin Lemieux** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Lemieux, Kevin
    *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: Hyde & Swigart

Mailing Address: 2221 Camino Del Rio South, Suite 101

City: San Diego     State: CA     Zip: 92108

Phone Number: 619-233-7770     Fax Number: 619-297-1022

Business E-mail Address: kevin@westcoastlitigation.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, June 2003, 225886

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Southern District of CA, October 2016, 225886

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff Patrick Cross

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this  18th  day of  April  , 2017

_____
(Signature of Pro Hac Counsel)

Kevin Lemieux
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this  18th  day of  April  , 2017

_____
(Signature of Local Counsel)

Name:  McGlothlin              David
       (Last Name)            (First Name)         (MI)      (Suffix)

Oregon State Bar Number: 165634
Firm or Business Affiliation: Hyde & Swigart
Mailing Address: 23 Newtown St.
City: Medford          State: OR    Zip: 97501
Phone Number: 602-265-3332   Business E-mail Address: david@westcoastlitigation.c

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge