UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| PATRICK CROSS, | Case No. 1:17-cv-00609-CL |
| Plaintiff, | [PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL |
| v. | |
| US COMPLIANCE SERVICES, LLC, | HON. MARK D. CLARKE |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders all individual claims to be, and are, dismissed with prejudice, and all putative class claims to be, and are, dismissed without prejudice. Each party to bear their own attorneys' fees and costs.

IT IS ORDERED

DATED: 12/7/17

HON. MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER